AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stephen, Wilson V | U.S. District Court | 06/02/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court<br>312 N. Spring Street, Rm. 217J<br>Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. North Fork Bank | mortgage - real estate (Capri) | P2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate - Partner | D | Dividend | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Dividend | M | W | | | | | |
| 3. 6222 Investments - Partner | D | Dividend | M | W | | | | | |
| 4. Capital - Partner | C | Rent | M | W | | | | | |
| 5. Capri | E | Rent | P2 | W | | | | | |
| 6. Malibu (NY) | E | Rent | P2 | W | partial sale | 10/30 | N | G | J. Gu |
| 7. "        " | | | | | partial sale | 7/11 | M | G | W. Ju |
| 8. "        " | | | | | partial sale | 3/13 | N | G | J. Wang |
| 9. BONDS: | | | | | | | | | |
| 10. State of Israel bond | | None | J | T | | | | | |
| 11. State of Israel bond | | None | J | T | | | | | |
| 12. State of Israel bond | | None | J | T | | | | | |
| 13. State of Israel bond | | None | J | T | | | | | |
| 14. State of Israel bond | B | Interest | K | T | | | | | |
| 15. BROKERAGE ACCT #1 | | | | | | | | | |
| 16. Highmark Div. Money Market | | None | L | T | | | | | |
| 17. U.S. T. Bills | | None | | | redemption | 3/8 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less F =S50,001 - S100,000 | B =S1,001 - S2,500 G =S100,001 - S1,000,000 | C =S2,501 - S5,000 H1 =S1,000,001 - S5,000,000 | D =S5,001 - S15,000 H2 =More than S5,000,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less N =S250,001 - S500,000 P3 =S25,000,001 - S50,000,000 | K =S15,001 - S50,000 O =S500,001 - S1,000,000 | L =S50,001 - S100,000 P1 =S1,000,001 - S5,000,000 P4 =More than S50,000,000 | M =S100,001 - S250,000 P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  CA State Wtr. Dev. | | None | M | T | | | | | |
| 19.  U.S. T Bill | | None | O | T | buy | 3/9 | O | | |
| 20.  " | | None | | | redemption | 9/6 | O | | |
| 21.  Fed. Home Loan Bk Cons | | None | O | T | buy | 9/6 | O | | |
| 22.  BROKERAGE ACCT #2 | | | | | | | | | |
| 23.  MM Funds - Morgan Stan Dean Witter | | None | K | T | | | | | |
| 24.  CA Hlth Facs | | None | N | T | buy | 9/20 | N | | |
| 25.  CA Sch Fac | | None | | | redemption | 6/12 | J | | *see explanation |
| 26.  Fed Hm Ln Bk | | None | N | T | | | | | |
| 27.  Fed Natl Mtg. Assn | | None | M | T | | | | | |
| 28.  BROKERAGE ACCT #3 | | | | | | | | | |
| 29.  IRA - Charter Prime MM Fund (Sweep fund) | | None | N | T | | | | | |
| 30.  Fed Nat Mort Assg | | None | | | redemption | 3/14 | O | | |
| 31.  " | | None | P1 | T | buy | 3/15 | P1 | | |
| 32.  " | | None | | | redemption | 9/05 | O | | |
| 33.  " | | None | P1 | T | buy | 9/5 | O | | |
| 34.  FNMA | | None | | | redemption | 4/18 | N | | *see explanation |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   " | | None | N | T | buy | 4/18 | N | | |
| 36.   " | | None | | | redemption | 10/10 | N | | |
| 37.   Priv Bk & TC Chicago- CD | | None | L | T | buy | 10/26 | L | | |
| 38.   FHLB | | None | | | redemption | 2/28 | N | | |
| 39.   FHLB | | None | | | redemption | 1/26 | N | | |
| 40.   BROKERAGE ACCT #4 | | | | | | | | | |
| 41.   San Francisco CA City & Cnty | | None | | | redemption | 5/1 | K | | |
| 42.   Santa Monica Malibu Univ | | None | | | redemption | 8/1 | K | | |
| 43.   Kern County CA CTFS | | None | | | redemption | 8/1 | J | | |
| 44.   Alameda Cnty CA Corp | | None | | | redemption | 6/1 | K | | |
| 45.   Cupertino Cal Un Sch Dist | | None | | | redemption | 8/1 | K | | |
| 46.   University CA Revs | | None | | | redemption | 9/1 | K | | |
| 47.   Evergreen CA Sch Dist | | None | | | redemption | 9/1 | J | | |
| 48.   East Bay Mun Itil Dis | | None | | | redemption | 6/1 | K | | |
| 49.   L.A. Cnty CA Met Tran | | None | | | redemption | 7/2 | K | | |
| 50.   San Jose CA Redev Agy | | None | | | redemption | 8/1 | K | | |
| 51.   Santa Rosa CA Wastewater | | None | | | redemption | 7/2 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $2⁵,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. San Diego CA Regl Trans | | None | | | redemption | 4/2 | L | | |
| 53. Rosemead CA Schl Dist | | None | | | redemption | 2/01 | L | | |
| 54. University CA Revs | | None | | | redemption | 9/1 | K | | |
| 55. Livermore Valley CA | | None | | | redemption | 8/11 | L | | |
| 56. Inlewood CA Uni Schl Dis | | None | | | redemption | 10/1 | K | | |
| 57. U.S. T Bill | | None | | | redemption | 2/1 | K | | |
| 58. U.S. T Note | | None | | | redemption | 1/31 | M | | |
| 59. U.S. T Bill | | None | M | T | buy | 2/1 | M | | |
| 60. " | | None | | | redemption | 8/2 | M | | |
| 61. U.S. T Bill | | None | M | T | buy | 4/3 | M | | |
| 62. " | | None | | | redemption | 10/4 | M | | |
| 63. U.S. Tsy Note | | None | L | T | buy | 6/4 | L | | |
| 64. U.S. Tsy Note | | None | L | T | buy | 7/13 | L | | |
| 65. U.S. T Bill | | None | N | T | buy | 8/8 | N | | |
| 66. Fed Hm Ln Bk | | None | L | T | buy | 9/21 | L | | |
| 67. Washington Mut Bk NV | | None | L | T | buy | 10/23 | L | | |
| 68. Discover Bk De US | | None | L | T | buy | 12/20 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gateway Bk & TR Co | | None | L | T | buy | 12/20 | L | | |
| 70. BROKERAGE ACCT #5 | | | | | | | | | |
| 71. CA ST. GO | | None | N | T | | | | | |
| 72. U.S. T Bill | | None | N | T | | | | | |
| 73. U.S. T Bill | | None | | | redemption | 2/22 | K | | |
| 74. U.S. T Bill | | None | N | T | buy | 1/11 | N | | |
| 75. " | | None | | | redemption | 7/12 | N | | |
| 76. U.S. T Bill | | None | N | T | buy | 7/19 | N | | |
| 77. U.S. T Bill | | None | L | T | buy | 4/5 | L | | |
| 78. " | | None | | | redemption | 10/4 | L | | |
| 79. B.S. Fed Fund | | None | L | T | buy | 1/07 | L | | |
| 80. BROKERAGE ACCT #6 | | | | | | | | | |
| 81. T Bill | | None | | | redemption | 2/1 | N | | |
| 82. T Bill | | None | N | T | buy | 2/1 | N | | |
| 83. " | | None | | | redemption | 8/2 | N | | |
| 84. T Bill | | None | | | redemption | 5/10 | M | | |
| 85. T Bill | | None | M | T | buy | 5/24 | M | | |

| 1. Income Gain Codes: | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| (See Columns C1 and D3) | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86.  " | | None | | | redemption | 11/23 | M | | |
| 87.  T Bill | | None | | | redemption | 3/8 | N | | |
| 88.  T Bill | | None | N | T | buy | 3/8 | N | | |
| 89.  " | | None | | | redemption | 9/6 | N | | |
| 90.  T Bill | | None | N | T | buy | 9/6 | N | | |
| 91.  BROKERAGE ACCT #7 | | | | | | | | | |
| 92.  Centennial CA MM Acct | | None | | | redemption | 2/1 | K | | *see explanation |
| 93.  CA GO | | None | | | redemption | 5/21 | K | | |
| 94.  CA St GO | | None | K | T | | | | | |
| 95.  FHLB | | None | M | T | | | | | |
| 96.  Fresno CA | | None | K | T | | | | | |
| 97.  Orange Co CA | | None | L | T | | | | | |
| 98.  San Diego Cnty | | None | L | T | | | | | |
| 99.  CA St. RFDG | | None | L | T | | | | | |
| 100. Fedl Farm Credit Bk | | None | K | T | buy | 1/29 | K | | |
| 101. " | | None | | | redemption | 11/6 | K | | |
| 102. Fedl Hm Ln Bk | | None | L | T | buy | 2/28 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  " | | None | | | redemption | 12/31 | L | | |
| 104.  LEAVE BLANK | | | | | | | | | |
| 105.  Fedl Farm Credit Bank | | None | L | T | buy | 6/25 | L | | |
| 106.  CA St Var Purp | | None | K | T | buy | 8/23 | K | | |
| 107.  ABC CA Unified Schl Dist | | None | K | T | buy | 9/5 | K | | |
| 108.  CA St Var Purp | | None | M | T | buy | 12/18 | M | | |
| 109.  BROKERAGE ACCT #8 | | | | | | | | | |
| 110.  Fed Hm Ln Mtg Corp | | None | L | T | | | | | |
| 111.  Fed Hm Ln Bank Cons | | None | M | T | | | | | |
| 112.  FHL Mtg Corp | | None | L | T | | | | | |
| 113.  U.S T Note | | None | | | redemption | 2/15 | M | | |
| 114.  U.S. T Note | | None | | | redemption | 2/15 | K | | |
| 115.  U.S. T Bill | | None | N | T | buy | 3/1 | N | | |
| 116.  " | | None | | | redemption | 8/30 | N | | |
| 117.  Fed Natl Mtg Assn Debs | | None | L | T | buy | 9/6 | L | | |
| 118.  Vernon Natl Gas Fin | | None | M | T | buy | 9/24 | M | | |
| 119.  CA Hlth Fac Fin | | None | M | T | buy | 9/26 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. U.S. T Bill | | None | M | T | buy | 10/1 | M | | |
| 121. BROKERAGE ACCT #9 | | | | | | | | | |
| 122. CD Sovereign Bk - IRAA Acct | | None | | | redemption | 10/25 | J | | |
| 123. ML Short Term Global Income Black Rock IRRA | | None | L | T | | | | | |
| 124. NY St Pwr Auth Rev Gen Purp R | | None | K | T | | | | | |
| 125. Mutual Fund - Municipal Inv Trust | | None | J | T | | | | | |
| 126. NY St Dorm Auth | | None | J | T | | | | | |
| 127. Mutual Fund - NUV NY Select | | None | | | redemption | 12/27 | M | | |
| 128. Mutual Fund - NUV NY Select | | None | M | T | buy | 12/27 | M | | |
| 129. U.S. T Bill | | None | | | redemption | 4/5 | N | | |
| 130. CA St | | None | K | T | | | | | |
| 131. CA St | | None | J | T | | | | | |
| 132. CA St | | None | L | T | | | | | |
| 133. CA St | | None | L | T | | | | | |
| 134. CA St | | None | K | T | | | | | |
| 135. CA St | | None | | | redemption | 10/1 | J | | |
| 136. ML Bank USA RASP | | None | J | T | buy | 12/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ●=Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. U.S. T Note | | None | M | T | buy | 1/3 | M | | |
| 138. " | | None | | | redemption | 8/31 | M | | |
| 139. U.S. T Bill | | None | N | T | buy | 4/4 | N | | |
| 140. " | | None | | | redemption | 10/4 | N | | |
| 141. Fed Hm Loan Bk | | None | M | T | buy | 9/6 | M | | |
| 142. Blrk Muni Hld Ins Fnd CA | | None | N | T | buy | 10/4 | N | | |
| 143. BROKERAGE ACCT #10 | | | | | | | | | |
| 144. Crowell Weedon Genl Govt Mny Mkt CIB | | None | J | T | | | | | |
| 145. U.S. T Bill | | None | | | redemption | 3/8 | O | | |
| 146. U.S. T Bill | | None | O | T | buy | 3/9 | O | | |
| 147. " | | None | | | redemption | 6/7 | O | | |
| 148. U.S. T Bill | | None | O | T | buy | 6/4 | O | | |
| 149. " | | None | | | redemption | 11/29 | O | | |
| 150. CA St GO | | None | M | T | buy | 12/5 | M | | |
| 151. CA St | | None | M | T | buy | 12/11 | M | | |
| 152. CA St GO | | None | L | T | buy | 12/11 | L | | |
| 153. CA St | | None | L | T | buy | 12/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CA St | | None | K | T | buy | 12/11 | K | | |
| 155. CA St Var Purp | | None | M | T | buy | 12/10 | M | | |
| 156. BROKERAGE ACCT #11 | | | | | | | | | |
| 157. U.S. T Bill | | None | | | redemption | 12/22 | J | | *see explanation |
| 158. JMM Funds | | None | O | T | buy | 12/22 | O | | |
| 159. ACCOUNT #12 | | | | | | | | | |
| 160. Money Market Funds - Pennsylvania St | | None | N | T | | | | | |
| 161. ITT Corp | | None | K | T | | | | | |
| 162. Genl Mtrs | | None | K | T | | | | | |
| 163. AG Edwards Money Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stephen, Wilson V | 06/02/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 25  This account should have been listed in prior reports.  It was purchased in 1998.

Line 34:  This was purchased 11/2/06.  (Should have been listed in last year's report)

Line 92:  In the 2007 Report: The amount in Column D (3) was listed incorrectly.  Should have been (K)

Line 157:  Correction.  This bond was redeemed on 12/22/2006.

| Name of Person Reporting | Date of Report |
|---|---|
| , | 06/02/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544